# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD ANTHONY GOMEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CHRISTIAN PFEIFFER, Warden<br><br>　　　　　Respondent. | Case No. CV 19-3756 DMG (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, the Report and Recommendation of the United States Magistrate Judge, the parties' supplemental submissions, and the Magistrate Judge's Supplemental Statement of Decision. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATED: October 19, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE